UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                    Case No. 8:12-cr-52-T-30EAJ

GYASI CLINE HEARD, a/k/a "Legacy"


**FORFEITURE MONEY JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for a

Forfeiture Money Judgment (Doc. 80) against defendant Gyasi Cline Heard in the

amount of $400,000.00 and a Preliminary Order of Forfeiture for the following assets,

pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Federal Rules of Criminal

Procedure:

    A.    Firearms and Ammunition Seized from Defendant's
           House Located at 7347 Roebellini Way, Trinity, Florida

           1.    Romarm/Cugir WASR-10, 762 caliber rifle,
                 Serial Number: 1-65470-04;

           2.    Mossberg 500A 12 gauge shotgun,
                 Serial Number:  R956908;

           3.    Norinco (North China Industries) SKS, 762 caliber rifle,
                 Serial Number:  24019016N;

           4.    Ruger Mini 30, 762 caliber rifle, Serial Number: 189-30161;

           5.    Bushmaster Firearms XM15-E2S, 223 caliber rifle,
                 Serial Number:  L462126;

6.  Thompson Machine 1927 A, 45 caliber rifle,
    Serial Number:  KM1370;

7.  Ruger Mini 14, 223 caliber rifle, Serial Number:  186-09537;

8.  Colt SP1, 223 caliber rifle, Serial Number:  SP183473;

9.  F.N. (FN Herstal) SCAR 16S, 556 caliber rifle,
    Serial Number:  LC12650;

10. Izhmash (IMEZ) Saiga, 762 caliber rifle,
    Serial Number:   H-06600543;

11. Plainfield Machine Co., M1, 30 caliber rifle,
    Serial Number:  11185;

12. Kimber Semi Auto 45 caliber pistol,
    Serial Number:  KPTR239;

13. Smith & Wesson 351PD, 22 caliber revolver,
    Serial Number:  CHL8394;

14. Walther P22, 22 caliber pistol, SN: L009440;

15. Walther P22, 22 caliber pistol, SN: L301104;

16. Bond Arms Inc. Ranger, 45/410 caliber Derringer,
    SN:  54627;

17. Taurus 38 Special, 38 caliber revolver,
    Serial Number:  MJ97272;

18. AMT- California (Arcadia Machine & Tool) Lightning,
    22 caliber pistol, Serial Number:  G12575;

19. Ruger Long Rifle, 22 caliber pistol, Serial Number:  485316;

20. Kimber Semi-Automatic, 45 caliber pistol,
    Serial Number:  KPTR232;

21. Ruger SR9C, 9 caliber pistol, Serial Number:  332-00188;

2

22.     SWD M11/9, 9 caliber machinegun,
        Serial Number:  89-0034686;

23.     Kimber Semi-Automatic, 45 caliber pistol,
        Serial Number:  K132536;

24.     Harrington and Richardson 732, 32 caliber revolver,
        Serial Number:  AX111885;

25.     Magnum Research Inc., Micro Desert Eagle,
        380 caliber pistol, Serial Number:  ME07229;

26.     Springfield Armory, Geneseo, IL XD40, 40 caliber
        pistol, Serial Number:  US275799;

27.     Unknown Manufacturer,  ME Ranger 9 caliber revolver,
        Serial Number:  016015; and

28.     Assorted ammunition.

B.     Firearms and Ammunition Seized from Defendant's
       <u>Business, Legacy Tattoo, located in Palm Harbor, Florida</u>

1.      F.N. (FN Herstal) FNAR, 762 caliber rifle,
        Serial Number:  319MP04158;

2.      Keltec, CNC industries Inc., PLR-16, 556 caliber rifle,
        Serial Number:  POA52;

3.      Mossberg 500 Cruiser, 12 gauge shotgun,
        Serial Number:  T529118;

4.      Keltec CNC Industries, PLR-16, 556 caliber rifle,
        Serial Number:  P1X77;

5.      F.N. (FN Herstal) 5.7 caliber semi-automatic
        pistol, Serial Number:  386201413;

6.      Colt Python, 357 caliber revolver, Serial Number:  30187;

7.      Ruger Mark II, 22 caliber pistol, Serial Number:  213-00636;

3

8.      Dusek (Frantisek  Dusek) DUO, 25 caliber pistol, Serial Number:  115867;

9.      Jimenez Arms JA, 22 caliber pistol, Serial Number:  1137269;

10.     Beretta, Pietro S.P.A., 92FS, 9 caliber pistol, Serial Number:  J12134Z;

11.     Harrington and Richardson, 923, 22 caliber pistol, Serial Number:  K38348;

12.     Beretta, Piero S.P.A., 92FS, 9 caliber pistol, Serial Number:  J12128Z; and

13.     Assorted ammunition.

C.     Firearms and Ammunition Seized from Defendant's Vehicle & Residence at 1544 Starlight Cove, Tarpon Springs, Florida

1.      F.N. (FN Herstal) semi-automatic, 5.7 caliber pistol, Serial Number:  386174906;

2.      Walther P22, 22 caliber pistol, Serial Number:  N080290;

3.      Ruger LCP, 380 caliber pistol, Serial Number:  373-14488;

4.      Sig Sauer (Sig-Arms)SP2340, 40 caliber pistol, Serial Number:  SP0003332;

5.      Sig Sauer (Sig-Arms) P238, 380 caliber pistol, Serial Number:  27A008054; and

6.      Assorted Ammunition.

D.     Sound Suppressors Seized at Various Locations

1.      Gemtech (Gemini Technologies) Viper-380, 380 caliber silencer,  Serial Number:  S09-37197;

2.      SWD, manufacturer unknown, 9 caliber silencer, Serial Number:  N598;

    3.      Coastal Gun Passport ll, lr, 22 caliber silencer (sound suppressor), Serial Number:  PP2209019;

    4.      Gemtech (Gemini Technologies) SFN57, 57 caliber Silencer, Serial Number:  S09-33980; and

    5.      Coastal Gun Passport,  22LR, 22 caliber silencer (sound suppressor), Serial Number:  P22070224.

E.    <u>Cash</u>

The sum of **$8,890 in U.S. currency** seized from the kitchen table at Defendant's residence located at 1544 Starlight Cove, Tarpon Springs, FL, which were monies generated directly and/or indirectly from the Defendant's drug trafficking.

F.    <u>Assorted Jewelry</u>

The following jewelry which was purchased, in whole or in part, with monies generated directly and/or indirectly from the Defendant's drug trafficking:

    1.      Hardcore Watch Company watch, Selco Suicide King Model, stainless steel plated, limited edition;

    2.      Hardcore Watch Company watch, Lost Skulls, stainless steel plated with diamonds, limited edition; and

    3.      Ace of Pain style watch, stainless steel, black plated, limited series.

Being fully advised in the premises, the Court hereby finds that the defendant obtained gross proceeds in the amount of $400,000.00 as a result of the drug trafficking conspiracy, in violation of 21 U.S.C. §§ 841(a)(1), 846, 841(b)(1)(A)(iii), and 841(b)(1)(A)(ii), as charged in Count One of the Superseding Indictment.

The Court further finds that the assets described above were used, or intended to be used to commit, or to facilitate the commission of, the drug trafficking

conspiracy charged in Count One of the Superseding Indictment, or were traceable to the gross proceeds of such offense.  Thus, the United States has established the requisite *nexus* between the property and the offense of conviction.  Accordingly, it is hereby

ORDERED that for good cause shown, said Motion (Doc. 80) of the United States is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Gyasi Cline Heard is personally liable to the United States of America for a Forfeiture Money Judgment in the amount of $400,000.00.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), all right, title and interest of defendant Gyasi Cline Heard in the assets identified above are hereby FORFEITED to the United States for disposition according to law.  The net proceeds from the forfeiture of these assets shall be credited to the $400,000.00 money judgment.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 72 at 10), this order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-52 Heard forfeit 80.wpd