**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


UNITED STATES OF AMERICA

v.                                                   CASE NO: 8:12-cr-52-T-30EAJ

GYASI CLINE HEARD

_____


**<u>ORDER</u>**


THIS CAUSE comes before the Court upon the Steve Soffa's Motion for Return of Property (Dkt. #111) and the United States' Motion to Dismiss Third Party Petitioner's Claim (Dkt. #113). Upon review and consideration, the Court notes that an Order to Show Cause (Dkt. #114) was issued on February 7, 2013, directing Steve Soffa Enterprises, LLC to respond to the United States' Motion to Dismiss Third Party Petitioner's Claim. No response has been filed.

A review of the Motion to Dismiss indicates that it is well taken and, therefore,

it is ORDERED AND ADJUDGED that:

1.     The United States' Motion to Dismiss Third Party Petitioner's Claim (Dkt. #113) is GRANTED.

2.     Petitioner Steve Soffa Enterprises, LLC's claim is DISMISSED.

3.      Steve Soffa's Motion for Return of Property (Dkt. #111) is terminated as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of March, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-52 Steve Soffa 113.docx