UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:12-cr-52-T-30EAJ

GYASI CLINE HEARD

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States'

Motion for a Final Judgment of Forfeiture (Doc. 116) pursuant to the provisions of

21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following assets:

A.     Firearms and Ammunition Seized from Defendant's
       House Located at 7347 Roebellini Way, Trinity, Florida

1.     Romarm/Cugir WASR-10, 762 caliber rifle,
       Serial Number: 1-65470-04;

2.     Mossberg 500A 12 gauge shotgun,
       Serial Number:  R956908;

3.     Norinco (North China Industries) SKS, 762 caliber rifle,
       Serial Number:  24019016N;

4.     Ruger Mini 30, 762 caliber rifle, Serial Number: 189-30161;

5.     Bushmaster Firearms XM15-E2S, 223 caliber rifle,
       Serial Number:  L462126;

6.     Thompson Machine 1927 A, 45 caliber rifle,
       Serial Number:  KM1370;

7.     Ruger Mini 14, 223 caliber rifle, Serial Number:  186-09537;

8.     Colt SP1, 223 caliber rifle, Serial Number:  SP183473;

9.     F.N. (FN Herstal) SCAR 16S, 556 caliber rifle,
       Serial Number:  LC12650;

10.    Izhmash (IMEZ) Saiga, 762 caliber rifle,
       Serial Number:   H-06600543;

11.    Plainfield Machine Co., M1, 30 caliber rifle,
       Serial Number:  11185;

12.    Kimber Semi Auto 45 caliber pistol,
       Serial Number:  KPTR239;

13.    Smith & Wesson 351PD, 22 caliber revolver,
       Serial Number:  CHL8394;

14.    Walther P22, 22 caliber pistol, SN: L009440;

15.    Walther P22, 22 caliber pistol, SN: L301104;

16.    Bond Arms Inc. Ranger, 45/410 caliber Derringer,
       SN:  54627;

17.    Taurus 38 Special, 38 caliber revolver,
       Serial Number:  MJ97272;

18.    AMT- California (Arcadia Machine & Tool) Lightning,
       22 caliber pistol, Serial Number:  G12575;

19.    Ruger Long Rifle, 22 caliber pistol, Serial Number:  485316;

20.    Kimber Semi-Automatic, 45 caliber pistol,
       Serial Number:  KPTR232;

21.    Ruger SR9C, 9 caliber pistol, Serial Number:  332-00188;

22.    SWD M11/9, 9 caliber machinegun,
       Serial Number:  89-0034686;

23.    Kimber Semi-Automatic, 45 caliber pistol,
       Serial Number:  K132536;

24.    Harrington and Richardson 732, 32 caliber revolver, Serial Number:  AX111885;

25.    Magnum Research Inc., Micro Desert Eagle, 380 caliber pistol, Serial Number:  ME07229;

26.    Springfield Armory, Geneseo, IL XD40, 40 caliber pistol, Serial Number:  US275799;

27.    Unknown Manufacturer,  ME Ranger 9 caliber revolver, Serial Number:  016015; and

28.    Assorted ammunition.

B.    Firearms and Ammunition Seized from Defendant's Business, Legacy Tattoo, located in Palm Harbor, Florida

1.    F.N. (FN Herstal) FNAR, 762 caliber rifle, Serial Number:  319MP04158;

2.    Keltec, CNC industries Inc., PLR-16, 556 caliber rifle, Serial Number:  POA52;

3.    Mossberg 500 Cruiser, 12 gauge shotgun, Serial Number:  T529118;

4.    Keltec CNC Industries, PLR-16, 556 caliber rifle, Serial Number:  P1X77;

5.    F.N. (FN Herstal) 5.7 caliber semi-automatic pistol, Serial Number:  386201413;

6.    Colt Python, 357 caliber revolver, Serial Number:  30187;

7.    Ruger Mark II, 22 caliber pistol, Serial Number:  213-00636;

8.    Dusek (Frantisek  Dusek) DUO, 25 caliber pistol, Serial Number:  115867;

9.    Jimenez Arms JA, 22 caliber pistol, Serial Number:  1137269;

10. Beretta, Pietro S.P.A., 92FS, 9 caliber pistol,
Serial Number:  J12134Z;

11. Harrington and Richardson, 923, 22 caliber pistol,
Serial Number:  K38348;

12. Beretta, Piero S.P.A., 92FS, 9 caliber pistol,
Serial Number:  J12128Z; and

13. Assorted ammunition.

C. Firearms and Ammunition Seized from Defendant's Vehicle
& Residence at 1544 Starlight Cove, Tarpon Springs, Florida

1. F.N. (FN Herstal) semi-automatic, 5.7 caliber pistol,
Serial Number:  386174906;

2. Walther P22, 22 caliber pistol, Serial Number:  N080290;

3. Ruger LCP, 380 caliber pistol, Serial Number:  373-14488;

4. Sig Sauer (Sig-Arms)SP2340, 40 caliber pistol,
Serial Number:  SP0003332;

5. Sig Sauer (Sig-Arms) P238, 380 caliber pistol,
Serial Number:  27A008054; and

6. Assorted Ammunition.

D. Sound Suppressors Seized at Various Locations

1. Gemtech (Gemini Technologies) Viper-380,
380 caliber silencer,  Serial Number: S09-37197;

2. SWD, manufacturer unknown, 9 caliber silencer,
Serial Number:  N598;

3. Coastal Gun Passport ll, lr, 22 caliber silencer
(sound suppressor), Serial Number:  PP2209019;

4. Gemtech (Gemini Technologies) SFN57, 57 caliber
Silencer, Serial Number:  S09-33980; and

4

5.      Coastal Gun Passport,  22LR, 22 caliber silencer
(sound suppressor), Serial Number:  P22070224.

E.     Cash

The sum of **$8,890 in U.S. currency** seized from the kitchen table at
Defendant's residence located at 1544 Starlight Cove, Tarpon
Springs, FL, which were monies generated directly and/or indirectly
from the Defendant's drug trafficking.

F.     Assorted Jewelry

The following jewelry which was purchased, in whole or in part, with
monies generated directly and/or indirectly from the Defendant's drug
trafficking:

1.      Hardcore Watch Company watch, Selco Suicide King Model,
stainless steel plated, limited edition;

2.      Hardcore Watch Company watch, Lost Skulls, stainless steel
plated with diamonds, limited edition; and

3.      Ace of Pain style watch, stainless steel, black plated, limited
series.

1.      On October 30, 2012, the Court entered a Forfeiture Money Judgment

and Preliminary Order of Forfeiture for Specific Assets, pursuant to 21 U.S.C. § 853,

forfeiting to the United States all right, title, and interest of defendant Heard in the

identified assets.  Doc. 81.  Defendant Heard was sentenced and the forfeiture of

the assets were was included in the Judgment in a Criminal Case.  Docs. 98 and

101.

2.      The only individuals or entities other than the defendant known to have

a potential interest in the assets are Jessica Colon and Steve Soffa Enterprises.  On

December 18, 2012, the United States sent notices of this forfeiture action, via certified United States mail and first class mail, to all known potential claimants.

3.      On January 3, 2013, Steve Soffa for claimant Steve Soffa Enterprises filed a Motion for Return of Property.  Doc. 111.

4.      On January 15, 2013, the United States filed a Motion to Dismiss Steve Soffa's Motion for Return of Property.  Doc. 113.

5.      On February 7, 2013, the Court issued an Order to Show Cause against Steve Soffa for failure to file a Response to the United States' Motion to Dismiss.  Doc. 114.  On March 1, 2013, the Court granted the United States' Motion to Dismiss Steve Soffa's Motion for Return of Property.  Doc. 115.

6.      In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from November 2, 2012 through December 1, 2012.  Doc. 107.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

7.      No persons or entities, other than defendant Heard, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, Jessica Colon and Steve Soffa Enterprises, are known to have an interest in the assets.  No

6

third party other than Steve Soffa, who's Motion for Return of Property was dismissed, has filed a petition of ownership, and the time for filing a petition has expired.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 116) is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the assets are CONDEMNED and FORFEITED to the United States of America, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the identified assets are now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-52 Heard Forfeiture 116.wpd

7